UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MARK LOUIS JOHNSON**,                           Case No. 6:15-cv-00509-KI

       Plaintiff,                                   JUDGMENT

   v.

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security**,


       Defendant.

   Kathryn Tassinari
   Robert Baron
   Harder, Wells, Baron & Manning, P.C.
   474 Willamette, Suite 200
   Eugene, OR 97401

       Attorneys for Plaintiff

   Billy J. Williams
   United States Attorney
   District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902

John C. Lamont
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   7th   day of April, 2016.

                                         /s/ Garr M. King
                                         Garr M. King
                                         United States District Judge